**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022
(212) 940-8800 (p)
(212) 940-8776 (f)

*Attorneys for Defendants Paul L. Loeb Living Trust and Paul L. Loeb*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> PAUL L. LOEB LIVING TRUST, and PAUL L. LOEB, individually and in his capacity as Trustee of the Paul L. Loeb Living Trust, <br><br> Defendants. | Adv. Pro. No 10-5370 (BRL) |

**NOTICE OF DEFENDANTS PAUL L. LOEB LIVING TRUST AND PAUL L. LOEB'S**
**<u>MOTION TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT</u>**

Defendants Paul L. Loeb Living Trust and Paul L. Loeb, by their undersigned counsel,

hereby provide notice of their motion to withdraw the reference to the bankruptcy court pursuant

to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011, and Rule 5011-1 of the

Local Rules of the Bankruptcy Court.

Dated:    New York, New York
          April 2, 2012

                                    Respectfully submitted,

                                    KATTEN MUCHIN ROSENMAN LLP

                          BY:    _____

                                    Anthony L. Paccione
                                    anthony.paccione@kattenlaw.com

                                    575 Madison Avenue
                                    New York, New York 10022
                                    (212) 940-8800 (p)
                                    (212) 940-8776 (f)

                                    *Attorneys for Defendants*
                                    *Paul L. Loeb Living Trust and*
                                    *Paul L. Loeb*

## ATTACHMENT TO CIVIL COVER SHEET:
## EXPLANATION OF RELATED CASES

This Civil Cover Sheet relates to a motion by Paul L. Loeb Living Trust and Paul L. Loeb (the "Defendants") to withdraw the reference to the Bankruptcy Court of a proceeding entitled *Picard v. Paul L. Loeb Living Trust and Paul L. Loeb*, Adv. Pro. No 10-5370 (BRL). Defendants file this motion to withdraw the reference pursuant to: (1) Judge Lifland's Order[1], which reflects a directive from Judge Rakoff, establishing an April 2, 2012 deadline for filing such motions; and (2) Judge Rakoff's Order[2] confirming that this deadline will be strictly enforced. In this proceeding, Irving H. Picard (the "Trustee"), the trustee appointed for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") seeks to recover transfers that BLMIS made to the Defendants.

This proceeding is, or may be, related to the following proceedings commenced by the Trustee because this proceeding may present similar legal issues. List 1 identifies related cases of which the Defendants are aware in which Judge Rakoff has withdrawn the reference. List 2 identifies related cases of which the Defendants are aware that have been assigned or referred to Judge Rakoff.

## LIST 1
*Picard v. HSBC Bank PLC*, 11-civ-00836
*Picard v. Avram J. Goldberg et al.*, 11-civ-05220
*Picard v. Bell Ventures Limited et al.*, 11-civ-05507
*Picard v. Bernard Marden Profit Sharing Plan et al.*, 11-civ-05007
*Picard v. Boslow Family Limited Partnership et al.*, 11-civ-05006
*Picard v. Bruce D. Pergament et al.*, 11-civ-05216
*Picard v. Charlotte M. Marden et al.*, 11-civ-05009
*Picard v. David S. Wallenstein*, 11-civ-05219
*Picard v. Flinn Investments, LLC et al.*, 11-civ-05223
*Picard v. Frank J. Avellino et al.*, 11-civ-03882
*Picard v. Gerald Blumenthal*, 11-civ-04293

---

[1] Order, No. 08-01789 (BRL) (Mar. 5, 2012) (attached hereto as Exhibit A).
[2] Order, No. 08-01789 (BRL) (Mar. 27, 2012) (attached hereto as Exhibit B).

*Picard v. Harold J. Hein*, 11-civ-04936
*Picard v. Helene R. Cahners Kaplan et al.*, 11-civ-05008
*Picard v. HSBC Bank PLC et al.*, 11-civ-00763
*Picard v. James Greiff*, 11-civ-03775
*Picard v. James P. Marden et al.*, 11-civ-05158
*Picard v. Kara Fishbein Goldman et al.*, 11-civ-04959
*Picard v. Marden Family Limited Partnership et al.*, 11-civ-05160
*Picard v. Maxam Absolute Return Fund, L.P. et al.*, 11-civ-07428
*Picard v. Maxam Absolute Return Fund, L.P.*, 11-civ-03261
*Picard v. Norma Fishbein Revocable Trust Dtd 3/21/90 et al.*, 11-civ-05162
*Picard v. Norma Fishbein*, 11-civ-05161
*Picard v. Oakdale Foundation Inc. et al.*, 11-civ-05163
*Picard v. Patrice M. Auld et al.*, 11-civ-05005
*Picard v. Repex Ventures, S.A. et al.*, 11-civ-03477
*Picard v. Robert And Lois Pergament*, 11-civ-05221
*Picard v. Robert And Joanne Fried*, 11-civ-05156
*Picard v. Sharon Raddock*, 11-civ-05217
*Picard v. The Jordan H. Kart Revocable Trust et al.*, 11-civ-05157
*Picard v. The Murray & Irene Pergament Foundation, Inc. et al.*, 11-civ-05218
*Picard v. Wallenstein/NY Partnership et al.*, 11-civ-05222

**LIST 2**
*Picard v. Weindling*, 12-civ-01690
*Picard v. Cohen Pooled Asset Account et al.*, 12-civ-00883
*Picard v. The Croul Family Trust et al.*, 12-civ-00758
*Picard v. Leonard J. Oguss Trust et al.*, 11-civ-08114
*Picard v. Schwartz et al.*, 10-civ-07930
*Picard v. Schwartz et al.*, 11-civ-07930
*Picard v. Legacy Capital Ltd. et al.*, 11-civ-07764
*Picard v. Estate Of Helen Shurman et al.*, 11-civ-07625
*Picard v. ABN Amro Bank (Ireland) Ltd. et al.*, 11-civ-06849
*Picard v. ABN Amro Bank N.A. et al.*, 11-civ-06848
*Picard v. Brown et al.*, 11-civ-05155
*Picard v. Picard et al.*, 11-civ-04937
*Picard v. Stanley Gordon Bennett Iii 1988 Trust et al.*, 11-civ-08773
*Picard v. 1096-1100 River Road Associates, LLC et al.*, 11-civ-08684
*Picard v. A & G Goldman Partnership et al.*, 12-civ-00516
*Picard v. ABN Amro Bank N.v. et al.*, 12-civ-01939
*Picard v. ABN Amro Bank N.A. et al.*, 11-civ-06878
*Picard v. ABN Amro Bank (Ireland) Ltd. et al.*, 11-civ-06877
*Picard v. Abraham Kleinman et al.*, 11-civ-08785
*Picard v. Ad-In-Partners Ltd. et al.*, 12-civ-00401
*Picard v. Adele Adess Revocable Living Trust Dtd 10/16/01 et al.*, 12-civ-00392
*Picard v. Agas Company L.P. et al.*, 11-civ-08487
*Picard v. Aht Partners, LP et al.*, 11-civ-08488
*Picard v. Alan And Janet Winters Family Partnership Ltd. et al.*, 12-civ-00395

*Picard v. Alexander Sirotkin*, 11-civ-07928
*Picard v. Allen Gordon*, 11-civ-08283
*Picard v. Allyn Levy Revocable Trust et al.*, 12-civ-00537
*Picard v. Alpha Prime Fund Limited et al.*, 11-civ-06677
*Picard v. Alpha Prime Fund Limited et al.*, 11-civ-06541
*Picard v. Alpha Prime Fund Limited et al.*, 11-civ-06524
*Picard v. Alvin E. Shulman Pourover Trust et al.*, 11-civ-08278
*Picard v. Alvin E. Shulman et al.*, 11-civ-08277
*Picard v. Alvin E. Shulman Pourover Trust et al.*, 11-civ-08086
*Picard v. Alvin Gindel et al.*, 11-civ-07645
*Picard v. Alvin R. Rush*, 12-civ-00530
*Picard v. Ambassador Shoe Corporation*, 11-civ-08474
*Picard v. American Securities Management, L.P. et al.*, 11-civ-08018
*Picard v. Amy R. Roth*, 12-civ-02156
*Picard v. Andre Ulrych et al.*, 11-civ-08902
*Picard v. Angela Tiletnick*, 11-civ-07934
*Picard v. Anita Karimian*, 11-civ-04368
*Picard v. Anne Strickland Squadron et al.*, 11-civ-08900
*Picard v. Anthony E. Stefanelli*, 11-civ-09502
*Picard v. Arganey Lucas, Jr.*, 11-civ-08841
*Picard v. Armand Lindenbaum*, 11-civ-08835
*Picard v. Arnold Shapiro 11/9/96 Trust et al.*, 12-civ-00941
*Picard v. Arthur M. Siskind*, 11-civ-08476
*Picard v. Aspen Fine Arts Co.*, 11-civ-04391
*Picard v. Atwood Management Profit Sharing Plan & Trust et al.*, 11-civ-08116
*Picard v. Audax Group LP et al.*, 11-civ-08580
*Picard v. Audrey Koota et al.*, 12-civ-02154
*Picard v. Banco Bilbao Vizcaya Argentaria, S.A.*, 11-civ-07100
*Picard v. Barbara J. Berdon*, 11-civ-07684
*Picard v. Barbara Kotlikoff Harman*, 12-civ-02155
*Picard v. Barbara L. Savin*, 11-civ-08106
*Picard v. Barbara Roth et al.*, 11-civ-08410
*Picard v. Barbra K. Morganstern Revocable Trust Dated January 24, 1997 et al.*, 11-civ-09539
*Picard v. Barclays Bank (Suisse) S.A. et al.*, 12-civ-01882
*Picard v. Barry Weisfeld*, 11-civ-07647
*Picard v. Bear Lake Partners et al.*, 11-civ-09372
*Picard v. Beaser Investment Company LP et al.*, 12-civ-00696
*Picard v. Benjamin Ehrmann et al.*, 12-civ-01692
*Picard v. Benjamin T. Heller*, 11-civ-08011
*Picard v. Benjamin W. Roth et al.*, 12-civ-02157
*Picard v. Bernard Greenman Marital Deduction Trust et al.*, 11-civ-08490
*Picard v. Bernard Seldon*, 11-civ-04727
 *Picard v. Bert Margolies Trust et al.*, 11-civ-08411
*Picard v. Bertram Bromberg Trust Uad 5/26/06 et al.*, 11-civ-08634
*Picard v. Bevro Realty Corp. Defined Benefit Pension Plan et al.*, 11-civ-08108
*Picard v. Blue Bell Lumber And Moulding Company, Inc. Profit Sharing Plan*, 11-civ-08408

*Picard v. Blue Star Investors, LLC C/O Thomas H. Lee Capital, LLC et al.*, 11-civ-09059
*Picard v. Bnp Paribas Arbitrage Snc*, 12-civ-00641
*Picard v. Bnp Paribas Arbitrage, Snc et al.*, 11-civ-07810
*Picard v. Bnp Paribas Securities Corp. et al.*, 11-civ-07765
*Picard v. Bnp Paribas Investment Partners Luxembourg S.A. et al.*, 11-civ-07763
*Picard v. Bonnie J. Kansler*, 11-civ-08533
*Picard v. Boyer H. Palmer et al.*, 11-civ-08227
*Picard v. Boyer Palmer et al.*, 11-civ-08284
*Picard v. Branch Family Development, LLC et al.*, 11-civ-08590
*Picard v. Brian Gerber Trust U/L/W/T Lottie Gerber Dated 11/6/72 et al.*, 11-civ-09142
*Picard v. Brian H. Gerber*, 11-civ-09141
*Picard v. Bruce Leventhal 2001 Irrevocable Trust et al.*, 11-civ-08790
*Picard v. Bruno L. Digiulian*, 11-civ-08281
*Picard v. Bwa Ambassador, Inc. et al.*, 11-civ-08489
*Picard v. Caj Associates, L.P. et al.*, 11-civ-08688
*Picard v. Carl L. Kamenstein et al.*, 11-civ-07962
*Picard v. Carla Goldworm et al.*, 11-civ-07600
*Picard v. Carol Lederman*, 11-civ-08592
*Picard v. Carol Nelson*, 11-civ-08581
*Picard v. Carol Nelson et al.*, 11-civ-08480
*Picard v. Carolyn Jean Benjamin et al.*, 11-civ-08335
*Picard v. Celia Paleologos Revocable Trust Dated 5/26/98 et al.*, 12-civ-00533
*Picard v. Cheryl Yankowitz et al.*, 12-civ-00356
*Picard v. Chesed Congregations Of America*, 11-civ-09446
*Picard v. Collingwood Group et al.*, 11-civ-08577
*Picard v. Connecticut General Life Insurance Company et al.*, 12-civ-01228
*Picard v. Connecticut General Life Insurance Company et al.*, 12-civ-01229
*Picard v. Connecticut General Life Insurance Company et al.*, 11-civ-07176
*Picard v. Connecticut General Life Insurance Company et al.*, 11-civ-07174
*Picard v. Cornerstone Capital (Del), Inc. et al.*, 12-civ-00328
*Picard v. D. Stone Industries, Inc. Profit Sharing Plan et al.*, 11-civ-08632
*Picard v. Dale E. Leff et al.*, 12-civ-00357
*Picard v. Daniel N. Silna et al.*, 11-civ-09279
*Picard v. Daniel Stone et al.*, 11-civ-08635
*Picard v. Danville Manufacturing Co. Inc*, 11-civ-06573
*Picard v. David Abel*, 11-civ-07766
*Picard v. David Gross et al.*, 11-civ-08280
*Picard v. David R. Markin et al.*, 11-civ-07602
*Picard v. David Shapiro And David Shapiro Nominee 2*, 11-civ-07931
*Picard v. David Shapiro And David Shapiro Nominee*, 11-civ-07929
*Picard v. David Shapiro And David Shapiro Nominee 3*, 11-civ-07933
*Picard v. David Silver et al.*, 12-civ-00090
*Picard v. Denis M. Castelli*, 11-civ-08334
*Picard v. Diane Wilson*, 12-civ-00887
*Picard v. Dolores M. Schlesinger Marital Trust et al.*, 12-civ-00396
*Picard v. Donald A. Benjamin*, 11-civ-08028

*Picard v. Douglas D. Johnson*, 12-civ-00091
*Picard v. Douglas Ellenoff et al.*, 12-civ-02079
*Picard v. Edith A. Schur*, 12-civ-00355
*Picard v. Edmond A. Gorek et al.*, 12-civ-01137
*Picard v. Edmond A. Gorek*, 12-civ-01138
*Picard v. Edward A. Zraick, Jr. et al.*, 12-civ-00521
*Picard v. Edward I. Speer et al.*, 11-civ-09062
*Picard v. Edward T. Coughlin et al.*, 12-civ-00886
*Picard v. Elaine Pikulik*, 11-civ-08532
*Picard v. Elins Family Trust et al.*, 11-civ-04772
*Picard v. Epic Ventures, LLC et al.*, 11-civ-07681
*Picard v. Epstein Family Trust Uwo Diana Epstein*, 12-civ-00645
*Picard v. Essjaykay Enterprises, Ltd. Profit Sharing Plan And Trust et al.*, 11-civ-09540
*Picard v. Estate Of Elaine S. Fox et al.*, 12-civ-01691
*Picard v. Estate Of Sam W. Klein et al.*, 12-civ-00539
*Picard v. Estate Of Leonard M. Heine Jr. et al.*, 12-civ-00360
*Picard v. Estate Of Lillian B. Steinberg et al.*, 11-civ-09541
*Picard v. Estate Of Paul E. Feffer et al.*, 11-civ-09275
*Picard v. Estate Of Carl S. Stecker et al.*, 11-civ-08901
*Picard v. Estate Of Gilbert M. Kotzen et al.*, 11-civ-08741
*Picard v. Estate Of James Heller et al.*, 11-civ-08630
*Picard v. Estate Of Robert Rimsky et al.*, 11-civ-08482
*Picard v. Estate Of Helene Abraham et al.*, 11-civ-08478
*Picard v. Estate Of Steven I. Harnick et al.*, 11-civ-08087
*Picard v. Estate Of Seymour Epstein et al.*, 11-civ-07965
*Picard v. Estate Of Marjorie K. Osterman et al.*, 11-civ-07626
*Picard v. Estate Of Ira S. Rosenberg et al.*, 11-civ-04482
*Picard v. Estelle G. Teitelbaum*, 11-civ-09629
*Picard v. Eugenia G. Vogel et al.*, 11-civ-08636
*Picard v. F & P Lynch Family Partnership, L.P. et al.*, 11-civ-09216
*Picard v. Fairfield Pagma Associates, LP et al.*, 11-civ-08898
*Picard v. Falcon Associates, LP et al.*, 11-civ-08682
*Picard v. Fern C. Palmer Revocable Trust Dtd 12/31/91 et al.*, 11-civ-08009
*Picard v. Fgls Equity LLC*, 12-civ-00208
*Picard v. Financiere Agache*, 12-civ-00259
*Picard v. Fine K-S Trust et al.*, 11-civ-08968
*Picard v. Fiterman Investment Fund et al.*, 11-civ-08984
*Picard v. Franitza Family Limited Partnership et al.*, 11-civ-04505
*Picard v. Frank A. Petito et al.*, 11-civ-08743
*Picard v. Frank Difazio et al.*, 11-civ-08084
*Picard v. Frank J. Lynch*, 11-civ-09215
*Picard v. Franklin Sands*, 11-civ-09277
*Picard v. Fred A. Daibes Madoff Securities Trust*, 11-civ-08475
*Picard v. Frederic J. Perlen*, 11-civ-09368
*Picard v. Frederic Z. Konigsberg et al.*, 12-civ-00354
*Picard v. Frederica R. French et al.*, 11-civ-07622

*Picard v. G.S. Schwartz & Co., Inc et al.*, 12-civ-00699
*Picard v. Gary Albert*, 11-civ-04390
*Picard v. Gary J. Korn et al.*, 12-civ-00037
*Picard v. Garynn Rodner Cutroneo et al.*, 11-civ-07935
*Picard v. Geoffrey S. Rehnert*, 11-civ-08574
*Picard v. George N. Faris*, 12-civ-00945
*Picard v. Gerald Sperling et al.*, 12-civ-00363
*Picard v. Gertrude E. Alpern Revocable Trust et al.*, 12-civ-00939
*Picard v. Glenhaven Limited et al.*, 12-civ-02159
*Picard v. Gordon Associates et al.*, 11-civ-08582
*Picard v. Gorrin Family Trust Dtd 5/24/73 et al.*, 12-civ-00394
*Picard v. Gorvis LLC et al.*, 11-civ-09219
*Picard v. Gunther K. Unflat et al.*, 11-civ-08338
*Picard v. Harold A. Thau*, 11-civ-04399
*Picard v. Harry Pech et al.*, 11-civ-08842
*Picard v. Harry Schick*, 11-civ-08637
*Picard v. Harvey L. Werner Revocable Trust U/A/D 8/31/82 et al.*, 12-civ-00353
*Picard v. Helene Cummings Karp et al.*, 11-civ-07646
*Picard v. Herbert Barbanel And Alice Barbanel*, 11-civ-07932
*Picard v. Hess Kline Revocable Trust et al.*, 11-civ-08986
*Picard v. Hhi Investment Trust #2 et al.*, 11-civ-09061
*Picard v. Ho Marital Appointment Trust et al.*, 12-civ-00397
*Picard v. Ida Fishman Revocable Trust et al.*, 11-civ-07603
*Picard v. Indian Wells Partnership, Ltd. et al.*, 11-civ-08492
*Picard v. Irene Whitman 1990 Trust U/A Dtd 4/13/90 et al.*, 11-civ-08224
*Picard v. Jaba Associates LP et al.*, 11-civ-08228
*Picard v. Jaffe Family Investment Partnership et al.*, 11-civ-08779
*Picard v. James Heller Family, LLC et al.*, 11-civ-08686
*Picard v. James M. Goodman*, 11-civ-08282
*Picard v. James M. Goodman et al.*, 11-civ-08110
*Picard v. James Morrissey*, 11-civ-08589
*Picard v. Jan Marcus Carpper*, 11-civ-04389
*Picard v. Jean A. Kahn et al.*, 11-civ-08780
*Picard v. Jean Kahn*, 11-civ-08781
*Picard v. Jeffrey R. Werner 11/1/98 Trust et al.*, 12-civ-00362
*Picard v. Jewish Association For Services Of The Aged*, 11-civ-08689
*Picard v. Jillian Wernick Livingston*, 11-civ-08944
*Picard v. Joan Roman*, 11-civ-07936
*Picard v. Joel Busel Revocable Trust et al.*, 12-civ-00518\
*Picard v. Joel I. Gordon et al.*, 11-civ-07623
*Picard v. John Nessel*, 11-civ-08895
*Picard v. Jonathan Sobin*, 11-civ-04728
*Picard v. Joseph E. Plastaras*, 11-civ-07192
*Picard v. Joseph S. Popkin Revocable Trust Dated February 9, 2006, A Florida Trust et al.*, 11-civ-04726
*Picard v. Judd Robbins*, 11-civ-08275

*Picard v. Judith E. Kostin*, 11-civ-08788
*Picard v. Judith Haber*, 11-civ-08778
*Picard v. Judith Pisetzner*, 11-civ-09183
*Picard v. Judith Rechler*, 11-civ-07967
*Picard v. Karen Siff Exkorn*, 11-civ-08576
*Picard v. Kase-Glass Fund et al.*, 11-civ-09063
*Picard v. Kay Morrissey*, 11-civ-08586
*Picard v. Kelly-Sexton Inc. Profit- Sharing Plan And Trust et al.*, 11-civ-08786
*Picard v. Kelman Partners Limited Partnership et al.*, 11-civ-05513
*Picard v. Ken-Wen Family Limited Partnership et al.*, 12-civ-00359
*Picard v. Ken-Wen Family Limited Partnership et al.*, 11-civ-08117
*Picard v. Kenneth Hubbard*, 11-civ-07731
*Picard v. Kenneth L. Evenstad Revocable Trust U/A/D May 2, 2000 et al.*, 11-civ-08674
*Picard v. Kenneth L. Evenstad Revocable Trust U/A/D May 2, 2000 et al.*, 11-civ-08668
*Picard v. Kenneth M. Kohl et al.*, 11-civ-08081
*Picard v. Kenneth W Perlman et al.*, 12-civ-00943
*Picard v. Kingate Global Fund, Ltd. et al.*, 11-civ-07256
*Picard v. Kingate Global Fund, Ltd. et al.*, 11-civ-07134
*Picard v. Krellenstein Family Limited Partnership Ii Of 1999 et al.*, 12-civ-00538
*Picard v. Kugel et al.*, 11-civ-04227
*Picard v. L. Rags, Inc.*, 12-civ-00608
*Picard v. Lake Drive LLC et al.*, 11-civ-09371
*Picard v. Lanx Bm Investments, LLC et al.*, 11-civ-09448
*Picard v. Lapin Children LLC*, 11-civ-07624
*Picard v. Laura E. Guggenheimer Cole*, 11-civ-07670
*Picard v. Laurence E. Leif*, 11-civ-04392
*Picard v. Laurie Ann Margolies Childrens Trust Dtd 11/1/08 et al.*, 11-civ-09500
*Picard v. Lawrence A. Siff*, 11-civ-08585
*Picard v. Lawrence Elins*, 11-civ-07733
*Picard v. Lawrence R. Velvel*, 12-civ-01136
*Picard v. Lemtag Associates Lllp et al.*, 11-civ-09064
*Picard v. Leon Ross*, 11-civ-04479
*Picard v. Leonard R. Ganz et al.*, 12-civ-00944
*Picard v. Leslie Aufzien Levine et al.*, 11-civ-09217
*Picard v. Leslie Ehrlich et al.*, 11-civ-08085
*Picard v. Lester Kolodny*, 11-civ-04502
*Picard v. Lewis Alpern et al.*, 12-civ-00940
*Picard v. Lewis R. Franck et al.*, 11-civ-04723
*Picard v. Lexus Worldwide Limited et al.*, 12-civ-01135
*Picard v. Lichter Family Partnership et al.*, 11-civ-08639
*Picard v. Lillian Berman Goldfarb*, 11-civ-08477
*Picard v. Linda Rituno*, 11-civ-09543
*Picard v. Linda S. Waldman*, 12-civ-00611
*Picard v. Lori Chemla et al.*, 11-civ-09282
*Picard v. Love & Quiches Ltd. 401(K) Savings Plan And Its Related Trust et al.*, 11-civ-08631
*Picard v. Lucerne Foundation et al.*, 11-civ-08593

*Picard v. Lucky Company et al.*, 12-civ-00513
*Picard v. Lucky Company et al.*, 12-civ-00207
*Picard v. Lucky Company et al.*, 11-civ-09633
*Picard v. Lucky Company et al.*, 11-civ-09632
*Picard v. Lucky Company et al.*, 11-civ-08840
*Picard v. Lucky Company et al.*, 11-civ-08839
*Picard v. Ludmilla Goldberg*, 11-civ-08587
*Picard v. Lyle Berman et al.*, 11-civ-08481
*Picard v. Lynn Lazarus Serper*, 11-civ-04370
*Picard v. M & B Weiss Family Limited Partnership Of 1996 C/O Melvyn I. Weiss et al.*, 11-civ-06244
*Picard v. Madeline Gins Arakawa et al.*, 11-civ-08777
*Picard v. Malcolm Sherman*, 11-civ-08486
*Picard v. Malibu Trading & Investing LP et al.*, 11-civ-07730
*Picard v. Mar Partners et al.*, 12-civ-00607
*Picard v. Marie S. Rautenberg*, 11-civ-08088
*Picard v. Marilyn Davimos 1999 Grat et al.*, 12-civ-00514
*Picard v. Marilyn Lobell Trust et al.*, 12-civ-00517
*Picard v. Marilyn Speakman*, 11-civ-08899
*Picard v. Marilyn Turk Revocable Trust et al.*, 11-civ-08107
*Picard v. Marital Trust Created Under Revocable Trust Of Marvin G. Graybow et al.*, 11-civ-08896
*Picard v. Mark & Carol Enterprises, Inc. et al.*, 11-civ-08687
*Picard v. Mark B. Evenstad Revocable Trust U/A Dated January 30, 2003 et al.*, 11-civ-09218
*Picard v. Mark S. Feldman*, 11-civ-08276
*Picard v. Martin Lifton*, 12-civ-00536
*Picard v. Marvin L. Olshan*, 12-civ-00701
*Picard v. Mashanda Limited*, 11-civ-09220
*Picard v. Mathew And Evelyn Broms Investment Partnership et al.*, 11-civ-08591
*Picard v. Mbe Preferred Limited Partnership et al.*, 11-civ-09179
*Picard v. Melvin B. Nessel 2006 Trust U/A/D 3/14/06 et al.*, 11-civ-08897
*Picard v. Melvin Marder et al.*, 11-civ-08838
*Picard v. Merida Associates, Inc. et al.*, 12-civ-00534
*Picard v. Metro Motor Imports, Inc.*, 11-civ-08987
*Picard v. Michael Frenchman et al.*, 11-civ-09630
*Picard v. Michael Goldstein*, 11-civ-08491
*Picard v. Michael Mann et al.*, 11-civ-07667
*Picard v. Michael Mathias et al.*, 11-civ-04725
*Picard v. Mid Atlantic Group, Inc. et al.*, 11-civ-09544
*Picard v. Mike Stein*, 12-civ-00610
*Picard v. Miles & Shirley Fiterman Charitable Foundation et al.*, 11-civ-08989
*Picard v. Miles Q. Fiterman Revocable Trust et al.*, 11-civ-08988
*Picard v. Miriam Ross*, 11-civ-04480
*Picard v. Muriel B. Cantor et al.*, 12-civ-00205
*Picard v. Myra Cantor*, 11-civ-08904
*Picard v. Myra Perlen Revocable Trust et al.*, 11-civ-09369

*Picard v. Nathan Cohen*, 12-civ-00519
*Picard v. Nathaniel Gold et al.*, 12-civ-00404
*Picard v. Natixis et al.*, 11-civ-09501
*Picard v. Neil S. Goldman et al.*, 11-civ-08575
*Picard v. Nicolette Wernick Nominee Partnership et al.*, 12-civ-00041
*Picard v. Nicolette Wernick Nominee Partnership et al.*, 11-civ-08946
*Picard v. Ninth Street Partners, Ltd. et al.*, 11-civ-08588
*Picard v. Norton A. Eisenberg*, 11-civ-04388
*Picard v. Nur C. Gangji Trust Dated 10/16/00 et al.*, 11-civ-04724
*Picard v. O'hara Family Partnership et al.*, 12-civ-00644
*Picard v. Ostrin Family Partnership et al.*, 12-civ-00884
*Picard v. P&S Associates et al.*, 11-civ-08222
*Picard v. P. Charles Gabriele*, 11-civ-04481
*Picard v. Pati H. Gerber 1997 Trust et al.*, 11-civ-09140
*Picard v. Pati H. Gerber 1997 Trust et al.*, 11-civ-09060
*Picard v. Pauline B. Feldman*, 12-civ-00352
*Picard v. Peng Yan et al.*, 11-civ-08905
*Picard v. Peter D. Kamenstein*, 11-civ-08026
*Picard v. Peter Joseph*, 12-civ-00036
*Picard v. Pisetzner Family Limited Partnership et al.*, 11-civ-09182
*Picard v. Plaza Investments International Limited et al.*, 11-civ-05267
*Picard v. Potamkin Family Foundation Inc.*, 11-civ-04398
*Picard v. Pulver Family Foundation, Inc.*, 12-civ-00329
*Picard v. Queensgate Foundation*, 12-civ-00038
*Picard v. Radosh Partners et al.*, 12-civ-00532
*Picard v. Rar Entrepreneurial Fund, Ltd. et al.*, 11-civ-08012
*Picard v. Reckson Generation et al.*, 11-civ-08226
*Picard v. Richard A. Broms Revocable Trust et al.*, 11-civ-08479
*Picard v. Richard E. Winter Revocable Trust U/A Dated October 30, 2002 et al.*, 12-civ-00612
*Picard v. Richard E. Feldman*, 12-civ-00361
*Picard v. Richard G. Eaton*, 11-civ-08337
*Picard v. Richard Karyo*, 11-civ-08947
*Picard v. Richard Roth*, 11-civ-04501
*Picard v. Richard S. Poland*, 11-civ-08027
*Picard v. Ringler Partners LP et al.*, 12-civ-00606
*Picard v. Robert A. Meister*, 11-civ-08483
*Picard v. Robert And Phyllis Greenberger*, 11-civ-04928
*Picard v. Robert C. Luker Family Partnership et al.*, 11-civ-08111
*Picard v. Robert D. Redston 1998 Trust et al.*, 12-civ-00393
*Picard v. Robert Daniel Vock et al.*, 12-civ-00402
*Picard v. Robert M. Siff*, 11-civ-08638
*Picard v. Robert M. Siff*, 11-civ-08583
*Picard v. Robert Potamkin*, 11-civ-04401
*Picard v. Robert Roman*, 11-civ-07937
*Picard v. Robert Rosenfield et al.*, 11-civ-08584
*Picard v. Robert S. Savin*, 11-civ-08090

*Picard v. Robert S. Whitman*, 11-civ-08029
*Picard v. Robert v. Cheren*, 12-civ-00358
*Picard v. Robin Geoffrey Swaffield et al.*, 11-civ-08945
*Picard v. Ronald A. Guttman et al.*, 11-civ-08225
*Picard v. Rosalind C. Whitehead Revocable Trust Dated 3/8/07 et al.*, 11-civ-08903
*Picard v. Rose Gindel et al.*, 11-civ-07601
*Picard v. Rosemary Leo-Sullivan et al.*, 11-civ-08409
*Picard v. Rubin Family Investments Partnership et al.*, 11-civ-08493
*Picard v. Russell L. Dusek*, 11-civ-08279
*Picard v. Ruth E. Goldstein*, 11-civ-04371
*Picard v. Ruth Kahn*, 11-civ-08782
*Picard v. S & P Associates et al.*, 11-civ-08223
*Picard v. Sage Associates et al.*, 11-civ-07682
*Picard v. Sage Realty et al.*, 11-civ-07668
*Picard v. Samdia Family L.P. et al.*, 12-civ-00942
*Picard v. Samuel Beaser Amended & Restated Trust U/A/D January 30, 2004 et al.*, 12-civ-00697
*Picard v. Sandy Sandler*, 12-civ-02160
*Picard v. Schiff Family Holdings Nevada Limited Partnership et al.*, 11-civ-09276
*Picard v. Serene Warren Revocable Trust U/A/D September 15, 2005 et al.*, 11-civ-09181
*Picard v. Sew Preferred Limited Partnership et al.*, 11-civ-09180
*Picard v. Sg Hambros Bank & Trust (Bahamas) Limited et al.*, 12-civ-00531
*Picard v. Shari Block Jason*, 11-civ-08082
*Picard v. Shelia Kolodny*, 11-civ-08787
*Picard v. Shetland Fund Limited Partnership et al.*, 11-civ-09281
*Picard v. Shirley G. Libby Living Trust Dated 11/30/95 et al.*, 11-civ-08834
*Picard v. Shirley S. Siff Trust 1989 Dtd 12/20/89 et al.*, 11-civ-08578
*Picard v. Sidney Cole*, 11-civ-07669
*Picard v. South Ferry #2 LP et al.*, 11-civ-09451
*Picard v. South Ferry Building Company et al.*, 11-civ-09447
*Picard v. Stanley I. Lehrer et al.*, 12-civ-01811
*Picard v. Stanley J. Bernstein*, 11-civ-08742
*Picard v. Stanley Kreitman*, 12-civ-01134
*Picard v. Stanley Shapiro et al.*, 11-civ-05835
*Picard v. Stefanelli Investors Group et al.*, 11-civ-09503
*Picard v. Stephanie Ribakoff et al.*, 11-civ-07644
*Picard v. Stephen B. Kaye et al.*, 11-civ-08784
*Picard v. Stephen R. Goldenberg*, 11-civ-04483
*Picard v. Steven Andelman et al.*, 11-civ-08089
*Picard v. Steven B. Mendelow et al.*, 11-civ-07680
*Picard v. Steven Kaye et al.*, 11-civ-08783
*Picard v. Steven Schiff*, 11-civ-09280
*Picard v. Steven V Marcus Separate Property Of The Marcus Family Trust et al.*, 11-civ-04504
*Picard v. Stony Brook Foundation, Inc.*, 11-civ-08113
*Picard v. Story Family Trust #3 et al.*, 12-civ-00039
*Picard v. Stuart Perlen Revocable Trust Dtd 1/4/08 et al.*, 11-civ-09370

*Picard v. The Alan Miller Diane Miller Revocable Trust et al.*, 12-civ-00885
*Picard v. The Aspen Company et al.*, 11-civ-04400
*Picard v. The Celeste & Adam Bartos Charitable Trust et al.*, 11-civ-08109
*Picard v. The Estate Of Meyer Goldman et al.*, 12-civ-00515
*Picard v. The Estate Of Carolyn Miller et al.*, 12-civ-00399
*Picard v. The Frances J. Le Vine Revocable Trust et al.*, 11-civ-08789
*Picard v. The Gloria Albert Sandler And Maurice Sandler Revocable Living Trust et al.*, 12-civ-02158
*Picard v. The Harnick Brothers Partnership et al.*, 11-civ-08336
*Picard v. The Harnick Brothers Partnership et al.*, 11-civ-04729
*Picard v. The Hausner Group et al.*, 11-civ-09631
*Picard v. The Joseph Bergman Revocable Trust et al.*, 11-civ-09058
*Picard v. The Joseph M. Paresky Trust et al.*, 11-civ-08969
*Picard v. The Judie Lifton 1996 Revocable Trust Dated September 5, 1996 et al.*, 12-civ-00535
*Picard v. The Kl Retirement Trust et al.*, 12-civ-00398
*Picard v. The Koff Living Trust et al.*, 11-civ-09178
*Picard v. The Lawrence J. Ryan And Theresa R. Ryan Revocable Living Trust et al.*, 11-civ-08115
*Picard v. The Lyle Berman Family Partnership et al.*, 11-civ-08633
*Picard v. The Marc B. Wolpow 1995 Family Trust et al.*, 11-civ-08579
*Picard v. The Melvin N. Lock Trust et al.*, 11-civ-08894
*Picard v. The Mosaic Fund, L.P. et al.*, 11-civ-09444
*Picard v. The Murray Family Trust et al.*, 11-civ-07683
*Picard v. The Olesky Survivors Trust Dated 2/27/84 et al.*, 11-civ-08485
*Picard v. The Phoebe Blum Revocable Trust et al.*, 12-civ-00327
*Picard v. The Ruth Rosen Family Limited Partnership et al.*, 12-civ-00609
*Picard v. The Silna Family Inter Vivos Trust et al.*, 11-civ-09278
*Picard v. The Susan Paresky Trust et al.*, 11-civ-08970
*Picard v. The Trust U/W/O H. Thomas Langbert F/B/O Evelyn Langbert et al.*, 11-civ-08683
*Picard v. The Wolfson Trust et al.*, 11-civ-09449
*Picard v. Theodore Story et al.*, 12-civ-00040
*Picard v. Theresa Berman Revocable Trust et al.*, 11-civ-08484
*Picard v. Thybo Asset Management Limited et al.*, 11-civ-07576
*Picard v. Timothy Shawn Teufel And Valerie Ann Teufel Family Trust U/T/D 5/24/95 et al.*, 11-civ-08025
*Picard v. Toby Harwood*, 11-civ-08083
*Picard v. Toby T. Hobish et al.*, 11-civ-07559
*Picard v. Triangle Diversified Investments et al.*, 12-civ-00700
*Picard v. Triangle Properties # 39 et al.*, 11-civ-08008
*Picard v. Trotanoy Investment Company Ltd. et al.*, 11-civ-07112
*Picard v. Trust F/B/O Melissa Perlen U/A Dated 9/12/1979 et al.*, 11-civ-09367
*Picard v. Trust U/W/O Morris Weintraub Fbo Audrey Weintraub Fbo Audrey Weintraub et al.*, 11-civ-07966
*Picard v. Trust U/W/O Harriet Myers*, 11-civ-04397
*Picard v. Trust Under Deed Of Suzanne R. May Dated November 23, 1994 et al.*, 12-civ-00403

*Picard v. Trust Under Agreement Dated 12/6/99 For The Benefit Of Walter And Eugenie Kissinger et al.*, 11-civ-07963
*Picard v. United Congregations Mesora*, 11-civ-09445
*Picard v. Uri And Myna Herscher Family Trust, Dated May 27, 1998 et al.*, 11-civ-07732
*Picard v. Visiting Nurse Service Of New York et al.*, 11-civ-09680
*Picard v. Werner Foundation*, 12-civ-00400
*Picard v. William Diamond*, 12-civ-00391
*Picard v. William L. Sweidel et al.*, 12-civ-00364
*Picard v. William M. Woessner Family Trust et al.*, 11-civ-04503
*Picard v. William Mandelbaum et al.*, 11-civ-08837
*Picard v. Yesod Fund et al.*, 11-civ-08010
*Picard v. Zieses Investment Partnership et al.*, 12-civ-00698
*Picard v. Zwd Investments, LLC et al.*, 11-civ-09450
*Picard v. Architectural Body Research Foundation, Inc.*, 11-civ-08772
*Picard v. Andelman*, 11-civ-08099
*Picard v. Bloom*, 11-civ-08774
*Picard v. Bert Brodsky Associates, Inc. Pension Plan et al.*, 11-civ-08216
*Picard v. Blue Bell Lumber & Moulding Company, Inc. Profit Sharing Plan et al.*, 11-civ-08219
*Picard v. Chalek Associates LLC et al.*, 11-civ-08017
*Picard v. Clothmasters, Inc.*, 11-civ-08015
*Picard v. Citibank, N.A. et al.*, 11-civ-07825
*Picard v. Delucia*, 11-civ-08746
*Picard v. David Shapiro Nominee 4 et al.*, 11-civ-08264
*Picard v. Estate Of David A. Wingate et al.*, 11-civ-08681
*Picard v. Estate Of Elaine Cooper et al.*, 11-civ-08677
*Picard v. Estate Of Irene Schwartz et al.*, 11-civ-08049
*Picard v. Elaine Dine Living Trust Dated 5/12/06 et al.*, 11-civ-07984
*Picard v. Fujiwara et al.*, 11-civ-08776
*Picard v. Felcher*, 11-civ-08775
*Picard v. Friedman et al.*, 11-civ-08266
*Picard v. Ferber*, 11-civ-07980
*Picard v. Gilbert M. Kotzen 1982 Trust et al.*, 11-civ-08745
*Picard v. Gordon*, 11-civ-08098
*Picard v. Guiducci Family Limited Partnership et al.*, 11-civ-08102
*Picard v. Ginsburg*, 11-civ-08047
*Picard v. Goodman et al.*, 11-civ-07981
*Picard v. Garten*, 11-civ-08016
*Picard v. Goodman*, 11-civ-08014
*Picard v. Harry Smith Revocable Living Trust et al.*, 11-civ-08097
*Picard v. Horowitz et al.*, 11-civ-08044
*Picard v. Hirsch et al.*, 11-civ-08043
*Picard v. I.I. Kotzen Company*, 11-civ-08744
*Picard v. Jeffrey H. Fisher Separate Prop. Revocable Trust, Dtd 6/7/2007 et al.*, 11-civ-08678
*Picard v. Jaffe*, 11-civ-08267
*Picard v. James M. New Trust Dtd 3/19/01 et al.*, 11-civ-08101
*Picard v. J.Z. Personal Trust et al.*, 11-civ-08042

*Picard v. Jacob M. Dick Rev Living Trust Dtd 4/6/01, Individually And As Tenant In Common et al.*, 11-civ-07979

*Picard v. Joseph S. Popkin Revocable Trust Dated February 9, 2006, A Florida Trust et al.*, 11-civ-08013

*Picard v. Kuntzman Family LLC et al.*, 11-civ-08046

*Picard v. Krauss*, 11-civ-07985

*Picard v. Lehrer et al.*, 11-civ-08679

*Picard v. Lehrer et al.*, 11-civ-08269

*Picard v. Laura Ann Smith Revocable Living Trust et al.*, 11-civ-08220

*Picard v. Moscoe et al.*, 11-civ-08676

*Picard v. Meisels*, 11-civ-08268

*Picard v. Melvin H. & Leona Gale Joint Revocable Living Trust U/A/D 1/4/94 et al.*, 11-civ-08103

*Picard v. Michalove*, 11-civ-08050

*Picard v. Miller*, 11-civ-07579

*Picard v. Neil Reger Profit Sharing Keogh et al.*, 11-civ-07577

*Picard v. Plafsky Family LLC Retirement Plan et al.*, 11-civ-08217

*Picard v. Palmer Family Trust et al.*, 11-civ-08218

*Picard v. Palmedo*, 11-civ-08045

*Picard v. Placon2 et al.*, 11-civ-08048

*Picard v. Perlman et al.*, 11-civ-07982

*Picard v. Rip Investments, LP et al.*, 11-civ-08680

*Picard v. Realty Negotiators Defined Benefit Pension Plan et al.*, 11-civ-08273

*Picard v. Roger Rechler Revocable Trust et al.*, 11-civ-07987

*Picard v. Solomon*, 11-civ-08847

*Picard v. Solomon*, 11-civ-08848

*Picard v. Simonds*, 11-civ-08845

*Picard v. Simon*, 11-civ-08844

*Picard v. Schaffer et al.*, 11-civ-08272

*Picard v. Sylvan Assocs. LLC F/K/A Sylvan Assocs. Limited Partnership et al.*, 11-civ-08100

*Picard v. The Lanny Rose Revocable Trust, A Florida Trust et al.*, 11-civ-08843

*Picard v. The Abbit Family Trust 9/7/90 et al.*, 11-civ-08771

*Picard v. The Ernest Oscar Abbit Living Trust et al.*, 11-civ-08770

*Picard v. The Robert M. Siff Trust - 1990 et al.*, 11-civ-08675

*Picard v. The Lazarus-Schy Family Partnership et al.*, 11-civ-08221

*Picard v. Trust U/Art Fourth O/W/O Israel Wilenitz et al.*, 11-civ-08104

*Picard v. Train Klan, A Partnership et al.*, 11-civ-08096

*Picard v. The Estelle Harwood Family Limited Partnership et al.*, 11-civ-08051

*Picard v. The Whitman Partnership et al.*, 11-civ-07978

*Picard v. The Gerald And Barbara Keller Family Trust et al.*, 11-civ-07983

*Picard v. William Pressman, Inc. et al.*, 11-civ-08270

*Picard v. Wechsler*, 11-civ-08274

*Picard v. Walter Freshman Trust A, A Florida Trust et al.*, 11-civ-08105

*Picard v. Weintraub et al.*, 11-civ-07986

*Picard v. Yaffe*, 11-civ-08265

*Picard v. Estate Of Bernard J. Kessel et al.*, 11-civ-09542